**Order filed, March 16, 2020.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-01020-CV
_____

**K. GRIFF INVESTIGATIONS, INC. D/B/A K. GRIFF INVESTIGATIONS & CIVIL PROCESSING, ET AL, Appellant**

**V.**

**CRONIN, RIORDAN & WHITMAN SECURITY CONSULTANTS, LLC, ET AL, Appellee**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2016-09407**

## ORDER

The reporter's record in this case was originally due February 4, 2020. *See* Tex. R. App. P. 35.1. On February 13, 2020, this court granted the court reporters request for extension of time to file the record until March 4, 2020. To date, the record has not been filed with the court. Because the reporter's record was not

filed within the time prescribed in the first request, the court issues the following order.

We order Cynthia Martinez, the court reporter, to file the record in this appeal **within 30 days of the date of this order.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If Cynthia Martinez does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Poissant.